UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PASCUAL ROSALES, *individually and on behalf of others similarly situated,*

        *Plaintiff,*

    -against-

PEPE'S REST GROUP LLC(d/b/a TIO PEPE),
GERMINIANO SANS (A.K.A JIMMY SANS SR.),
and JIMMY SANZ JR.,

        *Defendants,*
-----------------------------------------------------------------X

Civil Action No. **1:25-cv-01744-LJL**

**JUDGMENT**

## JUDGMENT

On July 30, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, PASCUAL ROSALES, has judgment against Pepe's Rest Group LLC d/b/a Tio Pepe, Germiniano Sanz (improperly named "Germiniano Sans a/k/a Jimmy Sans Sr."), and Jimmy Sanz Jr., jointly and severally, in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated:    July 31   , 2025

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge